No. 1343, Misc. PERRY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1344, Misc. HITCHCOCK *v.* ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 1346, Misc. JACKSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1350, Misc. PUCKETT *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 1353, Misc. McCARTNEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1356, Misc. GRIMALDI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1357, Misc. CIPOLLA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1359, Misc. WHITE *v.* UNITED STATES. Court of Claims. Certiorari denied. *David C. Shapard* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 1360, Misc. WILSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1361, Misc. STEELE *v.* FAY, WARDEN. Court of Appeals of New York. Certiorari denied.